UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:23-CV-00551-CRS

DAWN H.                                                                                         PLAINTIFF

v.

MARTIN O'MALLEY,                                                                    DEFENDANT
*Commissioner of Social Security*

## ORDER

The Magistrate Judge has filed her Report and Recommendation (DN 17); no objections thereto have been filed and the time for filing objections has expired. Therefore, the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation (DN 17) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date affirming the denial of disability insurance benefits to Plaintiff.

**IT IS SO ORDERED**.

January 23, 2025

Charles R. Simpson III, Senior Judge
United States District Court